# Judiciary Branch Personnel
# Financial Disclosure Report (AO Form 10)

## Filer's Information

**Gross, Kevin**

Report Year: 2018

Electronic Signature - I certify that all information provided (including information pertaining to my spouse and minor or d
and complete to the best of my knowledge and belief.
I further certify that earned income and honoraria and acceptance of gifts which have been reported are in compliance wi
U.S.C. § 7353, and Judicial Conference regulations.
**/s/ Kevin Gross [electronically signed on 07/09/2019 by Kevin Gross in JEFS]**

Certifying Official- I conclude that, based on the information contained in this report and to the best of my knowledge, this
Government Act, as amended, and other applicable laws and regulations.

## I. Positions

| # | ORGANIZATION NAME | ORGANI |
|---|---|---|
| 1 | St Mary Magdalen School | Denomi... Element... |

## II. Agreements

None

## III A. Filer's Non-Investment Income

None

## III B. Spouse's Non-Investment Income

None

## IV. Reimbursements

None

## V. Gifts

None

## VI. Liabilities

None

## VII. Investments and Trusts

| DESCRIPTION | | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TR |
|---|---|---|---|---|---|---|
| State of Israel 7th Dev Reg Savings Amended Bond 46513ENN8 | | $1,000 or less | Interest | $1 - $15,000 | Cash Market | |
| State of Israel 7th Mazel Tov Sav Bond 46513CFX9 | | $1,000 or less | Interest | $1 - $15,000 | Cash Market | |
| State of Israel 6th Mazel Tov Sav Bond 46513BJ74 | | $1,000 or less | Interest | $1 - $15,000 | Cash Market | |
| State of Israel Mazel Tov Sav Bond 46513XJU5 | | $1,000 or less | Interest | $1 - $15,000 | Cash Market | |
| Newberger Berman Brokerage Account #1 (H) | | | | | | |
| -Dreyfus Treasury Sec Cash Mgmt Admin money market fund | | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | |
| -Occidental Pete Corp common stock | | $5,001 - $15,000 | Dividend, Gain | $15,000 or less | Cash Market | |
| -Occidental Pete Corp common stock | See Note | | | | | So |
| -California Resources Corporation common stock | | None | None | $15,000 or less | Cash Market | |
| IRA #2 (H) | | | | | | |
| -Neuberger Berman Guardian Fd Instl Class mutual fund | See Note | $2,501 - $5,000 | Dividend | $15,001 - $50,000 | Cash Market | |
| -Neuberger Berman Guardian Fd Instl Class mutual fund | | | | | | Pu |
| MetLife common stock | | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TR |
|---|---|---|---|---|---|
| MetLife common stock | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | |
| 1/3 interest in Trisis-oil & gas royalty interest & land in | | | | | |
| Scurry, Tyler & Wood Counties, TX | $5,001 - $15,000 | Royalty | $500,001 - $1,000,000 | Estimated | |
| IRA Rollover Acct #1 (H) | | | | | |
| -Dreyfus Treasury Sec Cash Mgmt Admin money market fund | $2,501 - $5,000 | Interest | $500,001 - $1,000,000 | Cash Market | |
| -Neuberger Berman Genesis FD Institutional Class mutual fund | $5,001 - $15,000 | Dividend | $100,001 - $250,000 | Cash Market | |
| -Alphabet Inc common stock | None | None | $100,001 - $250,000 | Cash Market | |
| -Honeywell Intl Inc common stock | $1,001 - $2,500 | Dividend | $50,001 - $100,000 | Cash Market | |
| -Cisco Systems Inc common stock | $15,001 - $50,000 | Dividend, Gain | None | Cash Market | |
| -Cisco Systems Inc common stock | | | | | So |
| -Neuberger & Berman Equity FDS Equity Income FD Instl mutual fund | $5,001 - $15,000 | Dividend | $100,001 - $250,000 | Cash Market | |
| -Exxon Mobil Corp common stock | $2,501 - $5,000 | Dividend | $15,001 - $50,000 | Cash Market | |
| -Lennar Corp Cl A common stock | $5,001 - $15,000 | Dividend, Gain | None | Cash Market | |
| -Lennar Corp Cl A common stock | | | | | Pu |
| -Lennar Corp Cl A common stock | | | | | So |
| -Kimberly Clark Corp common stock | $1,000 or less | Dividend, Gain | None | Cash Market | |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TR |
|---|---|---|---|---|---|
| -Kimberly Clark Corp common stock | | | | | So |
| -Nvida Corp common stock | $15,001 - $50,000 | Dividend, Gain | $15,001 - $50,000 | Cash Market | |
| -Nvida Corp common stock | See Note | | | | So |
| -Pioneer Natural Resources Company common stock | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | |
| -Proctor & Gamble Co common stock | $1,000 or less | Dividend | None | Cash Market | |
| -Proctor & Gamble Co common stock | | | | | So |
| -Textron Inc common stock | $15,001 - $50,000 | Dividend, Gain | None | Cash Market | |
| -Textron Inc common stock | See Note | | | | So |
| -Textron Inc common stock | | | | | So |
| -Schlumberger Ltd common stock | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | |
| -Schlumberger Ltd common stock | | | | | Pu |
| -Eli Lilly & Co common stock | $5,001 - $15,000 | Gain | None | Cash Market | |
| -Eli Lilly & Co common stock | | | | | So |
| -Berkshire Hathaway Inc Del Cl B common stock | None | None | $50,001 - $100,000 | Cash Market | |
| -Apple Inc common stock | $1,000 or less | Dividend | $50,001 - $100,000 | Cash Market | |
| -EOG Res Inc common stock | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TR |
|---|---|---|---|---|---|
| -Raytheon Co common stock | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | |
| -Mondelez International Inc common stock | $1,001 - $2,500 | Dividend | $50,001 - $100,000 | Cash Market | |
| -International Paper Co common stock | $5,001 - $15,000 | Dividend, Gain | None | Cash Market | |
| -International Paper Co common stock | | | | | So |
| -Fedex Corp common stock | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | |
| -Industrial DiSeno Textile SA Euro 03 common stock | $1,000 or less | Dividend | None | Cash Market | |
| -Industrial DiSeno Textile SA Euro 03 common stock | | | | | So |
| -Automatic Data Processing Inc common stock | $1,001 - $2,500 | Dividend | $50,001 - $100,000 | Cash Market | |
| -American Tower Corp Isin common stock | $1,001 - $2,500 | Dividend | $50,001 - $100,000 | Cash Market | |
| -American Tower Corp Isin common stock | | | | | Pu |
| -Neuberger Berman Guardian FD Instl Cl | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | |
| -Carnival Corp Paired CTF common stock | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | |
| -General Dynamics Crp common stock | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | |
| -Allergan PLC common stock | $1,000 or less | Dividend | None | Cash Market | |
| -Allergan PLC common stock | | | | | So |
| -Union Pacific Corp common stock | $15,001 - $50,000 | Dividend, Gain | $15,001 - $50,000 | Cash Market | |

| DESCRIPTION | | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TR |
|---|---|---|---|---|---|---|
| -Union Pacific Corp common stock | See Note | | | | | So |
| -Boston Beer Company Inc Cl A common stock | | $15,001 - $50,000 | Gain | None | Cash Market | |
| -Boston Beer Company Inc Cl A common stock | See Note | | | | | So |
| -Boston Beer Company Inc Cl A common stock | | | | | | So |
| -Hyatt Hotels Corp common stock | | $1,000 or less | Dividend | $50,001 - $100,000 | Cash Market | |
| -Versum Matls Inc common stock | | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | |
| -Qualcomm Inc common stock | | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | |
| -Rio Tinto PLC Sponsored ADR | | $1,001 - $2,500 | Dividend | $50,001 - $100,000 | Cash Market | |
| -Rio Tinto PLC Sponsored ADR | | | | | | Pu |
| -Cabot Oil & Gas Corp common stock | | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | |
| -AON PLC Shs Cl A common stock | | $1,000 or less | Dividend | $50,001 - $100,000 | Cash Market | |
| -Alaska Air Group Inc common stock | | $1,000 or less | Dividend | | | |
| -Alaska Air Group Inc common stock | See Note | | | | | So |
| -MGM Resorts International common stock | | $1,000 or less | Dividend | None | Cash Market | |
| -MGM Resorts International common stock | | | | | | So |
| -Franco Nevada Corporation common stock | | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TR |
|---|---|---|---|---|---|
| -Oracle Corp common stock | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | |
| -Interxion Holding Com Euro common stock | None | None | $15,001 - $50,000 | Cash Market | |
| -Aptiv PLC Com New common stock | $1,000 or less | Dividend | None | Cash Market | |
| -Aptiv PLC Com New common stock | | | | | So |
| -Delphi Technologies PLC Com common stock | None | None | None | Cash Market | |
| -Western Digital Corp common stock | $1,000 or less | Dividend | None | Cash Market | |
| -Western Digital Corp common stock | | | | | So |
| IRA #3-Wells Fargo Bank N.A. | $1,000 or less | Interest | $1 - $15,000 | Cash Market | |
| IRA #4-Wells Fargo Bank N.A. | $1,000 or less | Interest | $1 - $15,000 | Cash Market | |
| Diebold Inc common stock | $1,000 or less | Dividend | None | Cash Market | |
| Diebold Inc common stock | | | | | Pu |
| Diebold Inc common stock | | | | | So |
| Wal-mart Inc common stock | $1,000 or less | Dividend | $50,001 - $100,000 | Cash Market | |
| Wal-mart Inc common stock | | | | | Pu |
| Delphi Technologies PLC common stock | $15,001 - $50,000 | Gain | None | Cash Market | |
| Delphi Technologies PLC common stock | | | | | Pu |
| Delphi Technologies PLC common stock | | | | | So |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TR |
|---|---|---|---|---|---|
| Waters Corp common stock | None | None | $15,001 - $50,000 | Cash Market | |
| Waters Corp common stock | | | | | Pu |
| Boston Scientific Corp common stock | None | None | $50,001 - $100,000 | Cash Market | |
| Boston Scientific Corp common stock | | | | | Pu |
| Visa Inc Cl A common stock | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | |
| Visa Inc Cl A common stock | | | | | Pu |
| Gilead Sciences Inc common stock | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | |
| Gilead Sciences Inc common stock | | | | | Pu |
| Zayo Group Holdings Inc common stock | None | None | None | Cash Market | |
| Zayo Group Holdings Inc common stock | | | | | Pu |
| Zayo Group Holdings Inc common stock | See Note | | | | So |
| Zayo Group Holdings Inc common stock | | | | | So |
| Garrett Motion Inc common stock | $1,000 or less | Gain | None | Cash Market | |
| Garrett Motion Inc common stock | See Note | | | | Pu |
| Garrett Motion Inc common stock | | | | | So |
| Residio Technologies Inc common stock | $1,001 - $2,500 | Gain | None | Cash Market | |

| DESCRIPTION | | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TR |
|---|---|---|---|---|---|---|
| Residio Technologies Inc common stock | See Note | | | | | Pu |
| Residio Technologies Inc common stock | | | | | | So |
| State of Israel Bond 46513YFE3 MAZ PKU 2023-06-01 | | $1,000 or less | Interest | $15,000 or less | Cash Market | |
| State of Israel Bond 46513YFE3 MAZ PKU 2023-06-01 | | | | | | Pu |
| Manufacturers & Traders Trust Company (M&T) | See Note | | | | | |
| Checking Account | | None | None | $15,000 or less | Cash Market | |
| Money Market Account | | $1,000 or less | Interest | $15,001 - $50,000 | Cash Market | |

## Additional Information or Explanation

| PART | # | NOTE |
|---|---|---|
| VII. | 5.2.1 | partial sale |
| VII. | 6.1 | This investment was erroneously identified as Gua... on the prior year's report. The description has bee... |
| VII. | 8.10.1 | partial sale |
| VII. | 8.13.1 | partial sale |
| VII. | 8.30.1 | partial sale |
| VII. | 8.31.1 | partial sale |

| PART | # | NOTE |
|------|------|------|
| VII. | 8.38.1 | This should have been deleted from the 2018 repo on line 78, page 8 of 11 of the 2017 report. The er report. |
| VII. | 8.55.2 | partial sale |
| VII. | 8.56.1 | received as part of spinoff from from Honeywell Int |
| VII. | 8.57.1 | received as part of spinoff from Honeywell Internat |
| VII. | 10 | This account was listed as M&T Bank checking ac money market account was inadvertently omitted f report lists both accounts under the heading of the |